# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of September, two thousand twenty-three.

Before:    Reena Raggi,
           Denny Chin,
           Richard J. Sullivan,
                *Circuit Judges.*

---

United States of America,

          Appellee,

  v.

Joseph Percoco, Steven Aiello, Joseph Gerardi, Louis Ciminelli, Alain Kaloyeros, AKA Dr. K,

          Defendants - Appellants,

Peter Galbraith Kelly, Jr., Michael Laipple, Kevin Schuler,

          Defendants.

**JUDGMENT**

Docket Nos. 18-2990(L),
19-1272(CON)

---

The appeals in the above captioned case from a judgment of the United States District Court for the Southern District of New York were argued on the district court's record and the parties' briefs. Having given due consideration to the Supreme Court's decision in *Percoco v. United States*, 598 U.S. 319 (2023),

IT IS HEREBY ORDERED, ADJUDGED and DECREED that Percoco's convictions and sentences on Counts Nine and Eleven are AFFIRMED, Percoco's conviction and sentence on Count Ten is VACATED, and the cause is REMANDED to the district court for further proceedings consistent with this Court's opinion.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

