**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: United States v. Percoco (Gerardi)  Docket No.: 18-2990(L), 18-3715(CON)

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Fabien Thayamballi, Esq.

Firm: Shapiro Arato Bach LLP

Address: 1140 Avenue of the Americas, 17th Floor, New York, NY 10036

Telephone: (212) 257-4880   Fax:

E-mail: fthayamballi@shapiroarato.com

Appearance for: Defendant-Appellant Joseph Gerardi
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Alexandra A.E. Shapiro / Shapiro Arato Bach LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 10/7/2020   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Fabien Thayamballi

Type or Print Name: Fabien Thayamballi